# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AWAD ELHAG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV379 |
| | ) | |
| V. | ) | |
| | ) | |
| MOLEX, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff has filed a motion for leave to file an amended complaint (filing 13). Although the motion is unopposed, Plaintiff neglected to attach a proposed amended complaint to his motion, as required by the Local Rules of this Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's Unopposed Motion for Leave to File Amended Complaint (filing 13) is denied without prejudice to reassertion.

DATED March 17, 2014.

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**